ACCEPTED
04-17-00074-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2017 10:25:50 AM
KEITH HOTTLE
CLERK

**NO. 04-17-00074-CV**

IN THE COURT OF APPEALS FOR THE
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/23/2017 10:25:50 AM
KEITH E. HOTTLE
Clerk

MATTHEW DWYER, M.D., AND ORTHOPEDIC PERFORMANCE
INSTITUTE, PLLC,
Appellants

v.

JAY WRIGHT,
Appellee.

On Appeal from the 408th Judicial District Court
Bexar County, Texas, Cause No. 2015CI11737,
(Honorable Richard Price)

**AGREED MOTION TO SET ASIDE JUDGMENT AND
REMAND FOR RENDITION OF JUDGMENT**

Respectfully submitted,

Bruce E. Anderson
State Bar No. 01165969
banderson@brinandbrin.com

**BRIN & BRIN, P.C.**
6223 IH 10 West
San Antonio, Texas 78201
Tel: (210) 341-9711
Fax: (210) 341-1854

COUNSEL FOR APPELLANTS

Demetrio Duarte, Jr.
State Bar No. 06144125
dduarte@duartelawfirm.com

**DEMETRIO DUARTE, JR. &
ASSOCIATES, P.C.**
  2200 Warner
San Antonio, Texas 78201
Phone: (210) 737-6676
Fax: (210) 733-6181

COUNSEL FOR APPELLEE

## AGREED MOTION TO SET ASIDE JUDGMENT AND REMAND FOR RENDITION OF JUDGMENT

TO THE HONORABLE COURT OF APPEALS:

COME NOW, JAY WRIGHT, MATTHEW DWYER, M.D., and ORTHOPEDIC PERFORMANCE INSTITUTE, PLLC, (the "Parties") and file their Motion to Set Aside the Judgment of the Trial Court in this matter and remand the case to the trial court for entry of Judgment to effectuate the Settlement Agreement of the parties. In support of this Motion, the Parties would respectfully show:

I.

The Parties have agreed to compromise and settle all matters in dispute between them. As part of this agreement, the Parties have agreed that this Court should set aside the Judgment of the trial court in this matter, and remand this case back to the trial court for entry of Judgment effectuating the Settlement Agreement of the Parties. The Parties have further agreed that all costs of this appeal shall be borne by the party incurring the same.

WHEREFORE, the Parties, JAY WRIGHT, MATTHEW DWYER, and ORTHOPEDIC PERFORMANCE INSTITUTE, PLLC, respectfully request that this Court set aside the Judgment of the trial court heretofore entered in this matter, and to remand this case to the trial court for entry of a Judgment effectuating the Settlement Agreement of the Parties, taxing all costs of this appeal to the party incurring the same, and for such other and further relief to which the Parties may show themselves justly entitled.

Respectfully submitted,

BRIN & BRIN, P. C.
6223 IH 10 West
San Antonio, Texas 78201
PH: 210-341-9711
Fax: 210-341-1854

BY: _____

Bruce E. Anderson
State Bar No. 01165969
banderson@brinandbrin.com
**ATTORNEYS FOR DEFENDANT**
**MATTHEW DWYER, M.D.**

**AGREED TO AS TO FORM AND SUBSTANCE:**

_____

Demetrio Duarte, Jr.
State Bar No. 06144125
Demetrio Duarte, Jr. & Associates, P.C.
2200 Warner
San Antonio, Texas 78201